UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUSINESS HEALTH
SOLUTIONS, P.C.

    Plaintiff,

 -vs-

LITURGICAL PUBLICATIONS, INC.,
d/b/a LPI and JOHN DOES 1-10,

    Defendants.

## COMPLAINT – CLASS ACTION

*Plaintiff is not aware of any related cases.*

1.    Plaintiff, Business Health Solutions, P.C., brings this action to secure redress for the actions of Liturgical Publications, Inc. ("LPI"), in sending or causing the sending of unsolicited advertisements to telephone facsimile machines in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

2.    The TCPA expressly prohibits unsolicited fax advertising. Unsolicited fax advertising damages the recipients. The recipient is deprived of its paper and ink or toner and the use of its fax machine. The recipient also wastes valuable time it would have spent on something else. Unsolicited faxes prevent fax machines from

1

receiving and sending authorized faxes, cause wear and tear on fax machines, and require labor to attempt to identify the source and purpose of the unsolicited faxes.

## PARTIES

3. Plaintiff Business Health Solutions, P.C. ("Business Health Solutions") is a professional corporation with offices at 17197 North Laurel Park Drive, Suite 107, Livonia Michigan 48152, where it maintains telephone facsimile equipment.

4. Defendant Liturgical Publications, Inc. is a corporation with principal offices at 2875 S. James Dr., New Berlin, Wisconsin 53151. It maintains a Registered Agent at Registered Agent Solutions, Inc., 2285 S. Michigan Road, Eaton Rapids, Michigan 48827.

5. Defendants John Does 1-10 are other natural or artificial persons that were involved in the sending of the facsimile advertisement described below. Plaintiff does not know who they are.

## JURISDICTION AND VENUE

6. This Court has jurisdiction under 28 U.S.C. §§1331 and 1367. *Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740, 751-53 (2012).

7. Personal jurisdiction is proper because Defendant has committed tortious acts in this District by causing the transmission of unlawful communications into the District.

8.      Venue in this District is proper for the same reason.

## FACTS

9.      On April 2, 2019, Business Health Solutions received the unsolicited fax advertisement attached as <u>Exhibit A</u> on its facsimile machine.

10.     Discovery may reveal the transmission of additional faxes as well.

11.     LPI is responsible for sending or causing the sending of the fax.

12.     LPI is the entity whose products or services (advertising) were advertised in the fax, derived economic benefit from the sending of the fax.

13.     LPI either negligently or wilfully violated the rights of Plaintiff and other recipients in sending the fax.

14.     Plaintiff had no prior relationship with Defendant and had not authorized the sending of fax advertisements to Plaintiff.

15.     On information and belief, the fax attached hereto was sent as part of a mass broadcasting of faxes.

16.     On information and belief, Defendant has transmitted similar unsolicited fax advertisements to at least 40 other persons in Michigan.

17.     There is no reasonable means for Plaintiff or other recipients of Defendant's unsolicited advertising fax to avoid receiving illegal faxes.  Fax machines must be left on and ready to receive the urgent communications authorized by their owners.

## COUNT I – TCPA

18. Plaintiff incorporates ¶¶ 1-17.

19. The TCPA makes unlawful the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine ..." 47 U.S.C. §227(b)(1)(C).

20. The TCPA, 47 U.S.C. §227(b)(3), provides:

    Private right of action.

    A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State–

    >  (A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,

    >  (B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

    >  (C) both such actions.

    If the Court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under the subparagraph (B) of this paragraph.

21. Plaintiff and each class member suffered damages as a result of receipt of the unsolicited faxes, in the form of paper and ink or toner consumed as a result.

Furthermore, Plaintiff's statutory right of privacy was invaded.

22. Plaintiff and each class member is entitled to statutory damages.

23. Defendant violated the TCPA even if its actions were only negligent.

24. Defendant should be enjoined from committing similar violations in the future.

## CLASS ALLEGATIONS

25. Pursuant to Fed.R.Civ.P. 23(a) and (b)(3), Plaintiff brings this claim on behalf of a class, consisting of (a) all persons (b) who, on or after a date four years prior to the filing of this action (28 U.S.C. §1658), (c) were sent faxes by or on behalf of LPI promoting its goods or services for sale.

26. The class is so numerous that joinder of all members is impractical. Plaintiff alleges on information and belief that there are more than 40 members of the class.

27. There are questions of law and fact common to the class that predominate over any questions affecting only individual class members. The predominant common questions include:

    a. Whether Defendant engaged in a pattern of sending unsolicited fax advertisements;

    b. The manner in which Defendant compiled or obtained its list of fax numbers;

5

c. Whether Defendant thereby violated the TCPA.

28. Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling class actions and claims involving unlawful business practices. Neither Plaintiff nor Plaintiff's counsel have any interests which might cause them not to vigorously pursue this action.

29. Plaintiff's claims are typical of the claims of the class members. All are based on the same factual and legal theories.

30. A class action is the superior method for the fair and efficient adjudication of this controversy. The interest of class members in individually controlling the prosecution of separate claims against Defendant is small because it is not economically feasible to bring individual actions.

31. Several courts have certified class actions under the TCPA. *American Copper & Brass, Inc. v. Lake City Indus. Products, Inc.,* 757 F.3d 540, 544 (6th Cir. 2014)*; In re Sandusky Wellness Center, LLC,* 570 Fed.Appx. 437, 437 (6th Cir. 2014)*; Sandusky Wellness Center, LLC v. Medtox Scientific, Inc.,* 821 F.3d 992, 998 (8th Cir. 2016)*; Holtzman v. Turza,* No. 08 C 2014, 2009 WL 3334909 (N.D.Ill. Oct. 14, 2009), *aff'd in part, rev'd in part, vacated in part.* 728 F.3d 682 (7th Cir. 2013); *Ballard RN Center, Inc. v. Kohll's Pharmacy and Homecare, Inc.* 2015 IL 118644, 48 N.E.3d1060; *Sadowski v. Med1 Online, LLC,* 07 C 2973, 2008 U.S.

Dist. LEXIS 41766 (N.D.Ill., May 27, 2008); *CE Design Ltd. v Cy's Crabhouse North, Inc.*, 259 F.R.D. 135 (N.D.Ill. 2009); *Targin Sign Sys. v Preferred Chiropractic Ctr., Ltd.*, 679 F. Supp. 2d 894 (N.D.Ill. 2010); *Garrett v. Ragle Dental Lab, Inc.,* 10 C 1315, 2010 U.S. Dist. LEXIS 108339, 2010 WL 4074379 (N.D.Ill., Oct. 12, 2010); *Hinman v. M & M Rental Ctr.,* 545 F.Supp. 2d 802 (N.D.Ill. 2008); *Clearbrook v. Rooflifters, LLC*, 08 C 3276, 2010 U.S. Dist. LEXIS 72902 (N.D. Ill. July 20, 2010) (Cox, M.J.); *G.M. Sign, Inc. v. Group C Communs., Inc.*, 08 C 4521, 2010 U.S. Dist. LEXIS 17843 (N.D. Ill. Feb. 25, 2010); *Kavu, Inc. v. Omnipak Corp.,* 246 F.R.D. 642 (W.D.Wash. 2007); *Display South, Inc. v. Express Computer Supply, Inc.,* 961 So.2d 451, 455 (La. App. 1st Cir. 2007); *Display South, Inc. v. Graphics House Sports Promotions, Inc.*, 992 So. 2d 510 (La. App. 1st Cir. 2008); *Lampkin v. GGH, Inc.*, 146 P.3d 847 (Ok. App. 2006); *ESI Ergonomic Solutions, LLC v. United Artists Theatre Circuit, Inc.*, 203 Ariz. (App.) 94, 50 P.3d 844 (2002); *Core Funding Group, LLC v. Young*, 792 N.E.2d 547 (Ind.App. 2003); *Critchfield Physical Therapy v. Taranto Group, Inc.*, 293 Kan. 285; 263 P.3d 767 (2011); *Karen S. Little, L.L.C. v. Drury Inns. Inc.,* 306 S.W.3d 577 (Mo. App. 2010).

32.     Management of this class action is likely to present significantly fewer difficulties that those presented in many class actions, e.g. for securities fraud.

7

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and the class and against Defendants for:

a. Statutory damages;

b. An injunction against the further transmission of unsolicited fax advertising;

c. Costs of suit;

d. Such other or further relief as the Court deems just and proper.


ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC

By:   /s/ Adam G. Taub
      Adam G. Taub (P48703)
      17200 W 10 Mile Rd Suite 200
      Southfield, MI 48075
      Phone: (248) 746-3790
      Email: adamgtaub@clgplc.net

/s/ Daniel A. Edelman
Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
Email: dedelman@edcombs.com

## **NOTICE OF ASSIGNMENT**

Please be advised that all rights relating to attorney's fees have been assigned to counsel.

>                               /s/ Daniel A. Edelman
>                               Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

# **EXHIBIT A**

**Recipient Information**

To: Office Staff
Fax #: 17343388301

**Sender Information**

From: Terry Sweeney
Company: LPI
Email address: tsweeney@4lpi.com (from 96.80.201.57)
Phone #: 2488777769
Sent on: Tuesday, April 2 2019 at 1:36 PM EDT

faxZERO.com
send a fax for free

Please find information for advertising in the weekly bulletin for St. Paul on the Lake Catholic Church in Grosse Pointe Farms. **The weekly bulletin is distributed weekly to our 5000 parish members.** This is a great way to advertise your business and help the church. Please note that your ad will run for 52 weeks. **We have a school here for K-8th grade with over 300 students in attendance.** We are offering an additional 4 weeks of advertising, or 56 weeks total as a special Easter promotion this week.

I am offering a 10% discount off all 1 and 2 space ads, and a 15% discount of all ads 3 space or larger this week only!

We currently do not have any businesses like yours advertising in our bulletin

Ads placed this week start April 14th – 60 weeks if you pre-pay on a credit card and include the following:

*Ability to reach out to more than 5000 people each week

*Free graphic design of your full color Ad and free Ad changes four times per year (2 spaces or larger includes free digital ad)

*Securing one of the most affordable and effective types of advertising

*Payment plans available

Church advertising projects an image of honesty and reliability, and allows you to reach a market that is primarily **families and homeowners**. Ads cover the cost for weekly printing and support the church and community. Please email me back, or call at the church 313-885-8855 or my cell. Thanks so much!

St. Paul on the Lake Catholic Church

157 Lakeshore Rd.

Grosse Pointe Farms, Mi. 48236

**Terry Sweeney**

*Advertising Sales Executive*

p: 216-325-6825 x6407

c: 248-877-7769

e: tsweeney@4lpi.com

www.4lpi.com

*LPi has been a trusted source for advertising in church bulletins for over 40 years now.*

*Digital ad sales programs are now available with social media, digital impressions, email marketing, or pay per click options.*

*Let me know if you would like more details about digital advertising!*

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24144783. We will add your fax number to the block list.

### St. Paul on the Lake Catholic Church

**Included in the price of your ad:**

- **One full year** of advertising (52 issues).
- **Affordable, local,** targeted community advertising.
- **85% of church bulletins** are kept and referred to during the week, keeping your name & number right at hand.
- Your own listing page on parishesonline.com.
- **FREE** professional ad design, and 4 free ad changes per year.
- **Shows your support** for your community; in turn parishioners will support you.

5000 parish members can see your advertising message every week

| # of spaces | Annual Price INCLUDING COLOR |
|---|---|
| 8 DOUBLE BANNER | $3,250 |
| 6 | $2,665 |
| 4 BANNER | $1,975 |
| 3 | $1,575 |
| 2 | $1,125 |
| 1 | $625 |



**CONTACT ME TODAY!** Terry Sweeney
248-877-7769
tsweeney@4lpi.com

# THE PINT
## ON CHERRY STREET



**8 SPACE AD** 3.81" x 3.28"




**KAUFMAN REID** LLC
ATTORNEYS AT LAW

*family harmon* *rity*
WILLS • DIS/ **6 SPACE AD** ING
TRUSTS • LI\ 3.81" x 2.45"
James P. Kau
(208) 342-4591 • www.krlawboise.com



**4 SPACE AD** 3.81" x 1.62"
Licensed Insurance *parishioner*
HealthMarkets Insurance Agency is the d/b/a/, or assumed name of Insphere Insurance Solutions, Inc. which is licensed as an insurance agency in all 50 states and the District of Columbia. Not all agents are licensed to sell all products. Service and product availability varies by state.

PLUMB **2 SPACE AD** RVICE
24/7 Emergen 3.81" x 0.79"
216-321-5
www.plumbingse.
**$20 OFF** ANY SERVICE WITH THIS AD

**GABREIL'S LAWN CARE**
- MOW
- TRIM
- PRUN
- SNOW
**2 SPACE AD** 1.88" x 1.62"
620-672-5662


Jim Smi **1 SPACE AD** 1.88" x 0.79"
smith@state
225-555-2
www.State


**The White Garden Inn**
BED AND BREAKFAST
6194 Brown Road, Oxford • 513-524-5827
Five guest rooms available for nightly rental
Laura and Quinn Desmond, Innkeepers

### Cheryl L. Hamilton, DMD, LLC
*"Where a patient becomes a friend"*

Ph:
Fax: 812-923-8510
www.cherylhamiltondmd.com


**Chapman Cole & Gleason**
FUNERAL HOMES & CREMATION SERVICES
2599 Cranberry Highway (Rt. 28) • Wareham, MA 02571 • (508) 295-0060 • www.ccgfuneralhome.com

DIRECTORS:
DAVID P. MATOES, CHRISTOPHER W. BERG, JAMES A. NORDQUIST

**8 SPACE DOUBLE BANNER** 7.67" x 1.62"

*Family Owned & Operated Since 1862*

 | One Full Year—One Low Price