## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BUSINESS HEALTH SOLUTIONS, PC,,

        Plaintiff,

                                                  Case No. 2:20-cv-10882-LJM-MJH

  v.                                      Hon. Laurie J. Michelson

LITURGICAL PUBLICATIONS, INC.,
et al.,

        Defendants.

### <u>STIPULATED ORDER OF DISMISSAL</u>

NOW COME Plaintiff Business Health Solutions, P.C. and Defendant Liturgical Publications, Inc. ("Defendant") by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a) hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice and without costs. Plaintiff's class claims against Defendant are dismissed without prejudice and without costs. Plaintiff's claims against John Does 1-10 are dismissed without prejudice and without costs.  This stipulation of dismissal disposes of the entire action.

Respectfully submitted,


/s/ Adam G. Taub                                    /s/ Timothy A. Butler *(with permission)*
ADAM G. TAUB (P48703)                    Timothy A. Butler
Consumer Law Group, PLC                  Georgia Bar No. 487967
17200 W/ 10 Mile Road, Suite 200      600 Peach Tree Street NE
Southfield, MI 48075                            Atlanta, GA 30308
P: (248) 746-3790                                 P: (404) 885-3697 641-8000
F: (248) 746-3793                                 Timothy.Butler@troutman.com
Email: adamgtaub@clgplc.net

                                                            Sean T.H. Dutton
Daniel A. Edelman                              Michigan Bar No. P77515
EDELMAN, COMBS, LATTURNER    227 W. Monroe St.
& GOODWIN, LLC                               Suite 3900
20 S. Clark Street, Suite 1500             Chicago, IL 60606
Chicago, Illinois 60603                        (312) 759-1937
(312) 739-4200                                    sean.dutton@troutman.com
(312) 419-0379 (FAX)                         *Attorney for Defendant*
Email: dedelman@edcombs.com
*Attorneys for Plaintiff Michigan Urgent*
*& Primary Care Physicians, PC*

November 6. 2020

    IT IS HEREBY ORDERED that Plaintiff's individual claims are dismissed

with prejudice and without costs or attorney fees to any party, and Plaintiff's

putative class claims are dismissed without prejudice and without costs or attorney

fees to any party.

Dated: November 6, 2020


                        s/Laurie J. Michelson
                        LAURIE J. MICHELSON
                        UNITED STATES DISTRICT JUDGE